JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
GEOFFREY C. BRETHEN (CA Bar No. 259873)
gbrethen@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JP MORGAN CHASE BANK, N.A. AN ACQUIRER OF
CERTAIN ASSETS AND LIABILITIES OF
WASHINGTON MUTUAL BANK FROM THE
FEDERAL DEPOSIT INSURANCE CORPORATION
ACTING AS RECEIVER, erroneously sued as JP
MORGAN CHASE AS SUCCESSOR IN INTEREST TO
WASHINGTON MUTUAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY SCHNELKE,<br><br>            Plaintiffs,<br><br>       v.<br><br>JP MORGAN CHASE as successor in interest to Washington Mutual, WASHINGTON MUTUAL and DOES 1-50, Inclusive<br><br>            Defendants. | **CASE NO.: 09-cv-03119 MCE EFB**<br><br>**JUDGE:** Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>**DATE:**     June 10, 2010<br>**TIME:**      2:00 p.m.<br>**CTRM:**     "7"<br><br>**Action Filed:**           September 25, 2009 |

The court having reviewed the Request to Appear by Telephone of defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver ("JPMorgan"), erroneously sued as JP Morgan Chase as successor in interest to Washington Mutual, through its undersigned counsel, seeks

leave of Court for its counsel to attend the Motion to Dismiss Second Amended Complaint ("Motion") of plaintiff, Andy Schnelke ("Plaintiff"), in good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED, that JPMorgan may appear telephonically at the Motion, currently set to be heard on June 10, 2010 at 2:00 p.m. in Courtroom 7, before the Honorable District Judge Morrison C. England, Jr., of the above-entitled Court, by and through its counsel, S. Christopher Yoo, (714) 852-6868.

DATED:  June 3, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE