Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY SCHNELKE,<br><br>      Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE as successor in interest to Washington Mutual, WASHINGTON MUTUAL and DOES 1-50, Inclusive,<br><br>/ | Case No. 2:09-cv-03119<br><br>**ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: June 10, 2010<br>Time: 2:00pm<br>Courtroom: 7<br>Judge: Hon. Morrison England, Jr. |

This matter having come before the court on June 4, 2010 by request from Plaintiff's counsel, the court hereby APPROVES the request for telephonic appearance for Jonathan G. Stein, who can be reached at the time of the hearing at 916-247-6868.

Dated: June 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE